UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
------------------------------------------------------------X
:
UNITED STATES OF AMERICA                    :
:     Case No. 1:94-cr-00010-ELH-5
:
– against –                                 :
:
:
:
NATHANIEL DAWSON, SR.,                      :
:
                    Defendant.              :
:
------------------------------------------------------------X

## Notice of Supplemental Documentation

Defendant Nathaniel Dawson, Sr., through counsel, respectfully submits this Notice of Supplemental Documentation in support of his Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 351. In advance of the June 12, 2024 hearing on this Motion, we write to respectfully bring to the Court's attention medical records recently obtained from the Bureau of Prisons, filed under seal as Exhibit A, to ensure the court has an up-to-date picture of Mr. Dawson's health conditions.

                                            Respectfully submitted,

Dated: June 7, 2024                         FEDERAL PUBLIC DEFENDER
                                            DISTRICT OF MARYLAND
                            By:   /s/ *Sapna Mirchandani*
                                  Sapna Mirchandani
                                  Assistant Federal Public Defender
                                  6411 Ivy Lane, Suite 710
                                  Greenbelt, MD 20770
                                  (301) 344-0600
                                  Fax (301) 344-0019
                                  *Sapna_Mirchandani@fd.org*